

# Fourth Court of Appeals
## San Antonio, Texas

August 15, 2016

No. 04-16-00415-CV

Walter Ray **SIMPSON**, Jr.,
Appellant

v.

**AUTO INJURY SOLUTIONS, INC**.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03713
Honorable Michael E. Mery, Judge Presiding

## O R D E R

On May 26, 2016, the trial court signed an order granting appellee Auto Injury Solutions, Inc.'s motion to dismiss under Rule 91a. *See* TEX. R. CIV. P. 91A ("Dismissal of Baseless Causes of Action"); *In re Nationwide Ins. Co. of Am.*, No. 15-0328, 2016 WL 3537206, at \*3 (Tex. June 24, 2016). Appellant's notice of appeal was due on June 27, 2016, and a motion for extension of time to file a notice of appeal was due on July 11, 2016. *See* TEX. R. APP. P. 26.1, 26.3.

On July 5, 2016, after the deadline to file the notice of appeal, Appellant filed a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *id.* R. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of August, 2016.

Keith E. Hottle
Clerk of Court